**FILED**

JAN 22 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ZACHARY JOHNSON, *et al.,*               :

              PlaintiffS,      :

        v.                                        :      Civil Action No. 13-46

ERIC HOLDER, JR., *et al.,*                :

              Defendants.        :

## MEMORANDUM OPINION

This matter is before the Court on plaintiffs' applications to proceed *in forma pauperis* and *pro se* complaint. For the reasons stated below, the Court will grant the application and dismiss the complaint.

Notwithstanding the long list of defendants to this action, *see* Compl. at 1-2 (caption), plaintiffs single out Royce C. Lamberth, Chief Judge of this Court, *id.* at 3, for allegedly having committed violations of assorted federal statutes and of plaintiffs' rights protected under the United States Constitution. Generally, plaintiffs contend that judicial enforcement of statutes such as the Prison Litigation Reform Act and the Antiterrorism and Effective Death Penalty Act has prevented prisoners such as plaintiffs from bringing meritorious constitutional and tort claims. *See generally id.* at 4-12. They deem this action a "one (1) zillion dollar suit," *id.* at 15 (emphasis removed), demanding compensatory and punitive damages, among other relief. *See id.* at 13-15.

Chief Judge Lamberth enjoys absolute immunity from liability for damages for acts committed within his judicial jurisdiction. *See Mirales v. Waco*, 502 U.S. 9 (1991); *Forrester v.*

*White*, 484 U.S. 219 (1988); *Bradley v. Fisher*, 13 Wall. 335, 20 L.Ed. 646 (1872).

Accordingly, the complaint will be dismissed for failure to state a claim upon which relief can be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1).

An Order is issued separately.

United States District Judge

DATE: 17 January 2013